

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NOS. WR-90,692-01, WR-90,692-02, & WR-90,692-03

### EX PARTE RICKY A. ABLES, Applicant

### ON APPLICATIONS FOR WRITS OF HABEAS CORPUS
### CAUSE NOS. CR08497-A, CR08498-A, & CR08499-A
### IN THE 220TH DISTRICT COURT FROM HAMILTON COUNTY

*Per curiam*.

### O R D E R

Applicant filed these applications for writs of habeas corpus in the county of conviction, and the district clerk forwarded them to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07. Applicant was convicted of driving while intoxicated in three cause numbers and sentenced to ten years' imprisonment for each cause. He did not appeal his convictions.

In all three applications, Applicant raises two grounds alleging the improper calculation of pre-sentence jail time credits. Those grounds are dismissed. *See Ex parte Florence*, 319 S.W.3d 695 (Tex. Crim. App. 2010); *Ex parte Ybarra*, 149 S.W.3d 147 (Tex. Crim. App. 2004).

He also raises one ground of ineffective counsel in all three applications. Based on the findings of the trial court and this Court's own review of the record, that ground is denied.

Filed: December 18, 2019
Do not publish